IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KELVIN DORNELL GRAY                                                                PLAINTIFF

v.                                    Case No. 6:25-cv-06080

WALTER WHITE, *Warden, Omega Supervision Sanction Program*; MAJOR FREDDY OTTS, *Deputy Warden, Omega Supervision Sanction Program*; CHAPLAIN JEFFREY WITTIG; and CPT. REBECCA STROTHER                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on November 19, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Ford recommends that Plaintiff's Second Amended Complaint be dismissed without prejudice for failure to comply with the Court's Orders directing Plaintiff to submit his IFP application (ECF No. 14) and directing Plaintiff to show cause for his failure to submit his IFP application (ECF No. 17).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order and for failure to prosecute this case.

**IT IS SO ORDERED**, this 16th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge